KILPATRICK TOWNSEND & STOCKTON LLP
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@ktslaw.com
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:     310.248.3830
Facsimile:     310.860.0363

Attorneys for Petitioner
American Lebanese Syrian Associated Charities, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO CLOUDFLARE, INC. | Case No.:   3:25-mc-80342<br><br>**AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS** |

Petitioner American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena directed to Cloudflare, Inc. ("Cloudflare") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena").  A copy of the proposed Subpoena is attached hereto as Exhibit 2 to the Declaration of David K. Caplan ("Caplan Decl.").

The requested subpoena relates to infringing material that ALSAC discovered on the website <https://stjudehospitalkids.com/> for which ALSAC is informed and believes Cloudflare

AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO CLOUDFLARE, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
310-248-3830

- 1 -

is the Internet Service Provider. The infringing material includes, without limitation, unauthorized copies of copyrighted images from St. Jude's website. Upon information and belief, the reported site prominently and repeatedly used ALSAC's copyrighted photographs without authorization in an attempt to pass itself off as ALSAC and solicit donations, diverting funds away from ALSAC's charitable fundraising services of advancing cures for pediatric cancer and other diseases.

ALSAC has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) ALSAC has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Caplan Decl. ¶ 3, Ex. 1.

(2) ALSAC has submitted the proposed Subpoena concurrently herewith. *See* Caplan Decl. ¶ 5, Ex. 2.

(3) ALSAC has submitted a sworn declaration confirming that the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 U.S.C. § 512(h)(2). *See* Caplan Decl. ¶ 4.

Because ALSAC has complied with the statutory requirements, ALSAC respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

DATED: October 30, 2025         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
DAVID K. CAPLAN

Attorneys for Petitioner American Lebanese Syrian Associated Charities, Inc.

AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO CLOUDFLARE, INC.

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
310-248-3830

- 2 -