KILPATRICK TOWNSEND & STOCKTON LLP
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@ktslaw.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:    310.248.3830
Facsimile:    310.860.0363

Attorneys for Petitioner
American Lebanese Syrian Associated Charities, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO CLOUDFLARE, INC. | Case No.:  3:25-mc-80342<br><br>**DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS** |

**<u>DECLARATION OF DAVID K. CAPLAN</u>**

I, David K. Caplan, declare as follows:

1.  I am a partner with the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for Petitioner American Lebanese Syrian Associated Charities, Inc. ("ALSAC"), the organization that raises funds and awareness for St. Jude Children's Research Hospital, Inc. ("St. Jude"). I have personal knowledge of the facts contained herein and, if called upon to do so, could

DECL. OF DAVID K. CAPLAN ISO AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO CLOUDFLARE, INC.
- 1 -

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300 Los Angeles, CA
310-248-3830

1  and would testify competently thereto.

2      2. I submit this declaration in support of ALSAC's request for issuance to Cloudflare, Inc. ("Cloudflare"), the Internet Service Provider for the website <https://stjudehospitalkids.com/>, of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512 (h) (the "Subpoena"), to identify one or more alleged infringers whom ALSAC is informed and believes posted copies of copyrighted images from St. Jude's website (the "Infringing Content") on systems operated by Cloudflare without ALSAC authorization.

    3. On September 29, 2025, ALSAC submitted a notification via Cloudflare's abuse webform identifying the Infringing Content on Cloudflare's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the notification sent to Cloudflare.

    4. The purpose for which the Subpoena to Cloudflare is sought is to obtain the identity of the alleged infringer (or infringers) and such information will only be used for the purpose of protecting rights under title 17 U.S.C. §§ 100, *et seq*.

    5. A true and correct copy of ALSAC's proposed Subpoena to Cloudflare is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on October 30, 2025, in Boston, Massachusetts.

                                       David K. Caplan

DECL. OF DAVID K. CAPLAN ISO AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC.'S REQUEST FOR ISSUANCE OF A DMCA SECTION 512(H) SUBPOENA TO CLOUDFLARE, INC.
- 2 -

KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East, Suite 2300 Los Angeles, CA
310-248-3830

# EXHIBIT 1

CLOUDFLARE®          Home     Support     Log In

# Submit an Abuse Report

| Copyright Infringement & DMCA Violations ⌄ |

**Information to include in copyright complaints**

Because Cloudflare shares copyright infringement complaints with the relevant hosting providers and website operators, we only process reports that include all information required by section 512(c) of the DMCA. To ensure that your copyright infringement abuse report is processed, you must include all information listed as required in the form. You may submit up to 250 URLs at a time. For more information about the information to include in your report, go here. An explanation of our approach to abuse and what you can expect us to do in response to your report is available here. Please note that reports submitted through this form are subject to Cloudflare's privacy policy, and that reports may be released by Cloudflare to third parties such as the Lumen Database.

**Your full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| Davis Brooke Caswell |

**© holder's full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| American Lebanese Syrian Associated Charities, Inc |

**Your email address**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| dbcaswell@ktslaw.com |

**Confirm email address**

| dbcaswell@ktslaw.com |

**Title**
Optional

CLOUDFLARE                                      Home    Support    Log In

## Company name
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

> Kilpatrick Townsend & Stockton LLP

## Telephone
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

> 4048156174

## Address

This field may be released by Cloudflare to third parties such as the Lumen Database.

> 1100 Peachtree Street NE Suite 2800, Atlanta, GA 30309

## City

This field may be released by Cloudflare to third parties such as the Lumen Database.

> Atlanta

## State / province

This field may be released by Cloudflare to third parties such as the Lumen Database.

> GA

## Country

This field may be released by Cloudflare to third parties such as the Lumen Database.

> United States 

## Infringing URLs

This field may be released by Cloudflare to third parties such as the Lumen Database.

**Describe the original work**

This field may be released by Cloudflare to third parties such as the Lumen Database.

> Picture of a child-patient in a yellow dress; St. Jude Logo which is a dark red outline of a child next to the words "St. Jude Children's Research Hospital"; see https://www.stjude.org/donate/donate-to-st-jude.html

**Reporter current country**
Optional

Location in which the abuse was observed

> United States

**User agent**
Optional

Please provide the browser name and version (ie: "Chrome/124.0") and/or the Operating System (ie: "macOS")

> e.g., Chrome/124.0 macOS

**512(f) acknowledgment, Good faith belief, Authority to act**

By checking this box, you attest, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; AND that, under penalty of perjury, you are authorized to act on behalf of the copyright owner; AND you understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material. Checking this box also confirms that you have a bona fide belief that the information and allegations contained in this report are accurate and complete, for purposes of the Digital Services Act.

☑ I understand and agree

**Digital signature**

By entering your name, you affirm all information is true and accurate while agreeing to the policies on this page

> Davis Brooke Caswell

# Who should be notified?

Please select at least one.

Note: The hosting provider may have their own policies for how they notify the website owner of a complaint.

☑ Please forward my report to the website hosting provider.

☑ Include my name and contact information with the report to the website hosting provider.

☑ Please forward my report to the website owner.

☑ Include my name and contact information with the report to the website owner.

✓ Success!

Submit

© 2025 Cloudflare, Inc.

Privacy Policy | Terms of Use | Disclosure | Trademark

# EXHIBIT 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| American Lebanese Syrian Associated Charities, Inc. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> ) <br> *Defendant* ) | Civil Action No. |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Cloudflare, Inc., ATTN: Legal Department, 101 Townsend St, San Francisco, CA 94107
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.
Production to be served by November 24, 2025

| Place: Kilpatrick Townsend & Stockton LLP <br> 2 Embarcadero Ctr, San Francisco, CA 94111 | Date and Time: <br> 11/24/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* American Lebanese Syrian Associated Charities, Inc. , who issues or requests this subpoena, are:
David Caplan; 1801 Century Park East, Suite 2300; Los Angeles, CA 90067; dcaplan@ktslaw.com; 310.248.3830

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT A

1. All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who registered the domain: <stjudehospitalkids.com>. Please see attached the submitted DMCA notice to Cloudflare regarding this domain (Exhibit A).

2. All information, including documents and electronic files, sufficient to identify the name(s), address(es), telephone number(s), e-mail address(es), and IP address(es) of the individual(s) who operates the website located at the domain: <stjudehospitalkids.com>.

# EXHIBIT A



Home    Support    Log In

# Submit an Abuse Report

| Copyright Infringement & DMCA Violations ⌄ |
|---|

**Information to include in copyright complaints**

Because Cloudflare shares copyright infringement complaints with the relevant hosting providers and website operators, we only process reports that include all information required by section 512(c) of the DMCA. To ensure that your copyright infringement abuse report is processed, you must include all information listed as required in the form. You may submit up to 250 URLs at a time. For more information about the information to include in your report, go here. An explanation of our approach to abuse and what you can expect us to do in response to your report is available here. Please note that reports submitted through this form are subject to Cloudflare's privacy policy, and that reports may be released by Cloudflare to third parties such as the Lumen Database.

**Your full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| Davis Brooke Caswell |
|---|

**© holder's full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| American Lebanese Syrian Associated Charities, Inc |
|---|

**Your email address**
This field may be released by Cloudflare to third parties such as the Lumen Database.

| dbcaswell@ktslaw.com |
|---|

**Confirm email address**

| dbcaswell@ktslaw.com |
|---|

**Title**
Optional



Home   Support   Log In

**Company name**
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

Kilpatrick Townsend & Stockton LLP

**Telephone**
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

4048156174

**Address**

This field may be released by Cloudflare to third parties such as the Lumen Database.

1100 Peachtree Street NE Suite 2800, Atlanta, GA 30309

**City**

This field may be released by Cloudflare to third parties such as the Lumen Database.

Atlanta

**State / province**

This field may be released by Cloudflare to third parties such as the Lumen Database.

GA

**Country**

This field may be released by Cloudflare to third parties such as the Lumen Database.

United States

**Infringing URLs**

This field may be released by Cloudflare to third parties such as the Lumen Database.

### Describe the original work

This field may be released by Cloudflare to third parties such as the Lumen Database.

Picture of a child-patient in a yellow dress; St. Jude Logo which is a dark red outline of a child next to the words "St. Jude Children's Research Hospital"; see https://www.stjude.org/donate/donate-to-st-jude.html

### Reporter current country
Optional

Location in which the abuse was observed

United States

### User agent
Optional

Please provide the browser name and version (ie: "Chrome/124.0") and/or the Operating System (ie: "macOS")

e.g., Chrome/124.0 macOS

### 512(f) acknowledgment, Good faith belief, Authority to act

By checking this box, you attest, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; AND that, under penalty of perjury, you are authorized to act on behalf of the copyright owner; AND you understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material. Checking this box also confirms that you have a bona fide belief that the information and allegations contained in this report are accurate and complete, for purposes of the Digital Services Act.

☑ I understand and agree

### Digital signature

By entering your name, you affirm all information is true and accurate while agreeing to the policies on this page

Davis Brooke Caswell

Home   Support   Log In

## Who should be notified?

Please select at least one.

Note: The hosting provider may have their own policies for how they notify the website owner of a complaint.

☑ Please forward my report to the website hosting provider.

　☑ Include my name and contact information with the report to the website hosting provider.

☑ Please forward my report to the website owner.

　☑ Include my name and contact information with the report to the website owner.

✓ Success!   CLOUDFLARE
Privacy • Terms

Submit

© 2025 Cloudflare, Inc.
Privacy Policy | Terms of Use | Disclosure | Trademark